**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs ) | **2:13-cr-250-GMN-VCF** |
| ) | |
| THOMAS McNAMARA, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, Terrence Jackson, a Criminal Justice Act Panel Attorney was appointed as counsel for the above-named defendant on June 27, 2013.

Based upon a review of the defendant's financial affidavit and other relevant inquiry, the Court now finds that the defendant possesses financial resources sufficient to bear some or all of the cost of his or her representation, i.e., funds are available from or on behalf of the defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

1
2   IT IS ORDERED that the defendant shall reimburse the Treasury
3 of the United States for the cost of his representation at the
4 rate of **$300.00 per month,** payable to the **Clerk of the Court** for
5 deposit in the Treasury, as follows: the defendant's **first payment**
6 **shall be due on Thursday, August 1, 2013,** and subsequent payments
7 due on the 1st day of each month thereafter until the case has been
8 concluded.  The total amount of reimbursement shall be determined
9 by the Court at the conclusion of this case.
10   Dated this __1__ Day of July, 2013.
11
12   _____
13   **C.W. HOFFMAN, JR.,**
    **UNITED STATES MAGISTRATE JUDGE**